

# MEMORANDUM

To: The Honorable Robert J. Conrad
Chief U.S. District Court Judge

From: Valerie G. Debnam
United States Probation Officer

Re: **Doolin-Smith, Kaara**
**Out-of-Country Travel**

Date: 5/29/2013

---

Ms. Doolin-Smith was sentenced by Your Honor on August 28, 2012, for the offense of Stores/Treats/Transports Re-used Oil and Aiding and Abetting Same. Doolin-Smith received a two probation term with the following special conditions: (1) Pay $100 special assessment (paid); (2) Pay restitution in the amount of $32, 143.36 9 (balance $31,043.36); (3) The defendant shall complete 6 months of home confinement (completed); (4) The defendant shall complete 80 hours of community service.

Ms. Doolin-Smith has submitted a request to travel to St. Lucia for the purpose of vacationing with family. Ms. Doolin-Smith will leave on June 22, 2013 and return on June 29, 2013. She will be staying at the Windjammer Landing Resort, Labrelotte Bay, Castries. Saint Lucia, W.I.

According to her supervising officer, John V. Celano from the Middle District of Florida, Ms. Doolin-Smith has maintained a stable home and employment. There have been no known incidents or noncompliance.

It is recommended that Ms. Doolin-Smith be allowed to travel to St. Lucia as long as she remains in compliance with the terms and conditions of probation.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at (704) 350-6656.

( ✓ )   Permission to Travel Approved

( )   Permission to Travel Denied

( )   Other

__6.19.3__
Date

__[signature]__
Signature of Judicial Officer